**Motion granted, appeal dismissed, and Memorandum Opinion filed September 28, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00086-CV

**JORGE GOUDET, AUGE MACHINING MANUFACTURING, L.L.C., AUGE INDUSTRIAL FASTENERS, L.L.C., AND REAL PROPERTIES & TRUST, LLC, Appellants**

**V.**

**DIMENSIONAL CNC, L.L.C., DO'S VISION INVESTMENTS, L.L.C., AND DO VAN NGUYEN, Appellees**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2022-46104**

## MEMORANDUM OPINION

This interlocutory appeal is from an order signed January 19, 2023 denying a motion to compel arbitration pursuant to the Federal Arbitration Act. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016. On September 22, 2023, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Wilson.